IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-250-D

| | |
|---|---|
| BLACKROCK ENGINEERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUKE ENERGY PROGRESS, LLC, and ) | |
| AMEC FOSTER WHEELER ENVIRONMENT ) | |
| AND INFRASTRUCTURE, INC., ) | |
| ) | |
| Defendants. ) | |

On March 28, 2016, AMEC Foster Wheeler Environment and Infrastructure, Inc., moved to dismiss plaintiff's complaint [D.E. 29]. See Fed. R. Civ. P. 12(b)(6). On March 29, 2016, Duke Energy Progress, LLC moved to dismiss plaintiff's complaint [D.E. 31]. On June 6, 2016, plaintiff responded in opposition [D.E. 38, 39].

The court has considered the complaint under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 564–70 (2007). The motions to dismiss [D.E. 29, 31] are DENIED. Whether plaintiff's claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This **23** day of September 2016.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge