IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
SOUTHER DIVISION
No. 7:15-CV-250-D

| | |
|---|---|
| BLACKROCK ENGINEERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE ENERGY PROGRESS LLC, and ) <br> AMEC FOSTER WHEELER ENVIRONMENT ) <br> & INFRASTRUCTURE, INC., ) <br> ) <br> Defendants. ) | **ORDER** |

On October 25, 2017, defendant filed an unopposed motion to seal with supporting memorandum [D.E. 67]. The court GRANTS defendant's motion to seal [D.E. 67].

SO ORDERED. This 7 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge